Dale J. BOUDREAUX, Plaintiff-Appellant,

v.

**BEKER INDUSTRIES CORPORATION, Defendant-Appellee.**

No. 78–3369
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 8, 1981.

John H. Brooks, Gretna, La., for plaintiff-appellant.

John R. Peters, Jr., New Orleans, La., for defendant-appellee.

Before BROWN, TJOFLAT and FRANK M. JOHNSON, Jr., Circuit Judges.

PER CURIAM:

Upon remand directed by us, *Boudreaux v. Beker Industries*, 631 F.2d 1263 (5th Cir. 1980), the District Court in a detailed, thorough and scholarly memoranda decision reconsidered the case in the light of *Blanchard v. Engine and Gas Compressor Services, Inc.*, 613 F.2d 65 (5th Cir. 1980), and correctly granted summary judgment to Beker Industries holding it to have been a Louisiana statutory employer. AFFIRMED.